UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LANI BRANDMIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:12-CV-670-TAV-CCS |
| ) | |
| THE KROGER CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this order, defendant's Motion for Summary Judgment [Doc. 10] is hereby **GRANTED** and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT